**Order entered July 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01540-CV

## STEVEN V. TIPPS, Appellant

## V.

## PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Before the Court is appellant's July 15, 2019 motion for an extension of time to file his

brief on the merits. We **GRANT** the motion and extend the time to **July 30, 2019**.


/s/     BILL WHITEHILL
JUSTICE